UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62366-CIV-COHN/SELTZER

DUANE STARKS, JEVON KEARSE,
LAVERANUES COLES, and LITO SHEPPARD,

    Plaintiffs,

v.

CHUHAK & TECSON, P.C., GARY J. STERN,
DAVID SHINER, and JEANNE KERKSTRA,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, by and through undersigned counsel, hereby gives notice to this Court that claims by and between the Plaintiff and Defendants have been settled and pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure, and these parties hereby give notice of their dismissal, with prejudice, each party to bear its own attorneys' fees and costs. The effectiveness of this dismissal shall be conditioned upon an Order of this Court retaining jurisdiction over the matter to enforce the settlement agreement.

Dated: May 9, 2019

Respectfully Submitted,

**WAGNER LEGAL**
*Counsel for Plaintiffs*
3050 Biscayne Blvd., Suite 904
Miami, Florida 33137
Telephone: (305) 768-9247
Fax: (305) 306-8598

By: */s/ Scott A. Wagner*
    Scott A. Wagner
    Fla. Bar. No. 10244
    sw@wagnerlegalco.com

## **CERTIFICATE OF SERVICE**

   I Hereby CERTIFY that on this 9th day of May 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record.