## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

DUANE STARKS,  )
JEVON KEARSE,  )
LAVERANUES COLES  )
LITO SHEPPARD,  )
  )
          Plaintiffs,  )
v.  )    Case No. 17-cv-62366-JIC
  )
CHUHAK & TECSON, P.C., *et al.,*  )
  )    JURY DEMANDED
          Defendants.  )    (over $75,000.00)
_____/

**VOLUNTARY DISMISSAL PURUSANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**
**STIPULATION TO DISMISS**

Plaintiffs, DUANE STARKS, JEVON KEARSE, LAVERANEUS COLES, LITO SHEPPARD (collectively, the "Plaintiffs") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), state as follows:

1. Plaintiffs previously filed a stipulation to dismiss with a proposed Order both of which they seek to withdraw and file the instant stipulation. [DE 218].

2. Plaintiffs filed a complaint against the Defendants that was set for trial on June 10, 2019.

3. Rule 41(a)(1)(A)(ii) provides that plaintiffs can voluntarily dismiss an action by a "stipulation of dismissal signed by all parties who have appeared."

4. Plaintiffs and the Defendants stipulate to dismiss this action with prejudice.

DATED:  <u>May 9, 2019</u>

| | |
|---|---|
| <u>/s/ Daniel F. Konicek</u><br>Daniel F. Konicek<br>Illinois Bar No. 6205408<br>Amir R. Tahmassebi<br>Illinois Bar No. 6287787<br>Attorneys for Plaintiffs<br>Konicek & Dillon, P.C.<br>70 W. Madison, Suite 2060<br>Chicago, IL 60602<br>amir@konicekdillonlaw.com<br>Tel.: (312) 328-9166 | <u>/s/ Michael Flaherty</u><br>Michael Flaherty<br>Chuhak & Tecson, P.C., David Shiner and Jeanne Kerkstra<br>Flaherty & Youngerman, P.C.<br>321 South Plymouth Court<br>Chicago, IL 60604 |
| <u>/s/ Scott A. Wagner.</u><br>**Scott Wagner, Esq.**<br>**WAGNER LEGAL**<br>*Counsel for Plaintiffs*<br>3050 Biscayne Blvd., Suite 904<br>Miami, Florida 33137<br>Telephone: (305) 768-9247<br>Fax: (305) 306-8598<br>Fla. Bar. No. 10244<br>sw@wagnerlegalco.com | <u>/s/ Terrence P. McAvoy</u><br>Terrence P. McAvoy<br>Hinshaw & Culbertson<br>Attorney for Defendant Gary Stern<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606 |