UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62366-CIV-COHN/SELTZER

DUANE STARKS, JEVON KEARSE,
LAVERANUES COLES and LITO SHEPPARD,

    Plaintiffs,

v.

CHUHAK & TECSON, P.C., GARY J. STERN,
DAVID SHINER, and JEANNE KERKSTRA

    Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Stipulation to Dismiss ("Stipulation") [DE 220]. The Court has reviewed the Stipulation and the record in this case and is otherwise advised in the premises. Accordingly, it is thereupon **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**.

2. Each Party shall bear its own attorneys' fees and costs, except as otherwise provided in their settlement agreement.

3. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of May, 2019.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF